**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-25324-CIV-CANNON**

**ANTONIO VLADIMIR GASPAR REINOSO**,

Petitioner,

v.

**WARDEN, MIAMI FEDERAL DETENTION CENTER *and* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**,

Respondents.
_______________________________________/

**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT ORDERS**

**THIS CAUSE** comes before the Court upon Petitioner Antonio Vladimir Gaspar Reinoso's *pro se* Renewed Motion for Leave to Proceed *in forma pauperis* ("Renewed IFP Motion") [ECF No. 6]. Because the Renewed IFP Motion fails to comply with the requirements outlined in the Court's prior Order [ECF No. 4], the Renewed IFP Motion [ECF No. 6] is **DENIED**, and the action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders.

***

Courts are vested with the inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). "The court's power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits." *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983). Accordingly, "[a] district court can dismiss a case *sua*

*sponte*" if a party "fails to comply with a court order." *Daker v. Comm'r, Ga. Dep't of Corr.*, 850 F. App'x 731, 733 (11th Cir. 2021) (citing *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005)); *see also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (ruling that dismissal "upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion"); *Jamerson v. Sec'y Dep't of Corr.*, 774 F. App'x 623, 624 (11th Cir. 2019) ("In general, a dismissal without prejudice is not an abuse of discretion" (citing *Dynes v. Army Air Force Exchange Serv.*, 720 F.2d 1495, 1499 (11th Cir. 1983))).

That disposition is warranted here. On August 1, 2026, Petitioner filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] and corresponding Motion for Leave to Proceed *in forma pauperis* (the "IFP Motion") [ECF No. 3]. However, the IFP Motion lacked a six-month account statement as required by Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts[1] [ECF No. 4 p. 2]. Therefore, the Court denied Petitioner's IFP Motion and directed Petitioner to either pay the Clerk's $5.00 filing fee or to file a Renewed IFP Motion, with a six-month account statement, on or before August 27, 2026 [ECF No. 4 p. 2]. The Court warned that Petitioner's "failure to timely pay the filing fee or to file a compliant motion for leave to proceed in forma pauperis will result in dismissal of this case without prejudice and without further notice" [ECF No. 4 p. 2].

Despite this Court's clear warning, Petitioner's Renewed IFP Motion fails to attach a six-month account statement, as required by this Court's prior Order and Rule 3(a) of the Rules Governing Section 2254 Cases. Consistent with the warning contained in the Court's prior Order

[1] The Court, consistent with its discretionary authority, applied the Rules Governing Section 2254 Cases to the instant Section 2241 Petition. *See* Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts.

[ECF No. 4 p. 2], dismissal without prejudice is warranted.

***

Accordingly, upon a full review, it is hereby **ORDERED AND ADJUDGED** that:

1. Petitioner's Motion for Leave to Proceed *in forma pauperis* [ECF No. 6] is **DENIED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders.

3. The Clerk is ordered to **CLOSE** this case.

4. The Clerk shall **MAIL** a copy of this order to Petitioner at the address listed below and file a Notice of Compliance confirming the same.

**ORDERED** in Chambers in Fort Pierce, Florida, this 4th day of September 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: **counsel of record**

**Antonio Vladimir Gaspar Reinoso,** ***pro se***
A# 098717704
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, Florida 33101